FRANK L. SHELDON *vs.* LYMAN UPHAM, Deputy Sheriff.

In case against a sheriff for an escape the measure of damages is the damages actually sustained by the plaintiff: the amount of the judgment in the action wherein the escape took place being only *primâ facie* evidence, open to rebuttal by the sheriff.

EXCEPTIONS to the Court of Common Pleas.

*April* 5, 1884. DURFEE, C. J. In an action on the case against a sheriff for permitting the escape of a party arrested on original writ or mesne process, the measure of damages is the damages actually sustained, and the amount of the judgment recovered in the action in which the escape is permitted is only *primâ facie* evidence, open to rebuttal by counter evidence adduced by the sheriff. *Patterson* v. *Westervelt*, 11 Wend. 543; *Brooks* v. *Hoyt*, 6 Pick. 468; *Eaton* v. *Ogier*, 2 Me. 46; *State Treasurer* v. *Weeks*, 4 Vt. 215; *Danforth* v. *Pratt*, 9 Cush. 318; *Arden* v. *Goodacre*, 11 C. B. 371; *Shuler* v. *Garrison*, 5 W. & Serg. 455; *Smith* v. *Hart*, 1 Brev. 146; *Spafford* v. *Goodell*, 3 McLean, 97; *Blodgett* v. *The Town of Brattleboro*, 30 Vt. 579; *Hootman* v. *Shriner*, 15 Ohio St. 43.

*Exceptions sustained.*

*Charles F. Baldwin*, for plaintiff.

*Simon S. Lapham*, for defendant.